IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02722-DDD-KLM

STATE FARM FIRE AND CASUALTY COMPANY,
Plaintiff and Counterclaim-Defendant,

v.

DAVID E. WEBB,
NICHOLAS T. WEBB, TRUSTEE OF THE SPIRIT MTN. TRUST
DATED APRIL 5, 2007, and
NICHOLAS T. WEBB, INDIVIDUALLY,

Defendants and Counterclaim-Plaintiffs,

And

PARK ESTATES HOMEOWNERS ASSOCIATION, INC., and
ROBIN GREGORY

Defendants.

---

### MOTION TO WITHDRAW AS COUNSEL BY JESSICA COLLIER
---

Jessica Collier of the law firm of Husch Blackwell LLP, moves to withdraw as an attorney for Plaintiff and Counterclaim Defendant State Farm Fire and Casualty Company. In support of this Motion, Attorney Collier states as follows:

1. Pursuant to D.C.Colo.L.AttyR 5(b), an attorney may move to withdraw as Plaintiff's counsel if there is good cause. Good cause to grant this motion exists because Attorney Collier is no longer able to represent State Farm due to a potential conflict of interest.

2. Attorney Evan Stephenson with the law firm Spencer Fane LLP remains counsel of record and will continue to represent Plaintiff State Farm Fire and Casualty Company in this case.

WHEREFORE, the undersigned respectfully requests this Court Order the withdrawal of Attorney Jessica Collier as counsel for Plaintiff State Farm Fire and Casualty Company.

Dated this 3rd day of March, 2021.

        HUSCH BLACKWELL LLP

        *s/ Jessica Collier*
        Jessica C. Collier, # 38981
        1801 Wewatta Street, Suite 1000
        Denver, CO 80202
        P: (303) 749-7200
        F: (303) 749-7272
        Jessica.collier@huschblackwell.com

        ***Attorney for Plaintiff State Farm Fire and Casualty Company***

## CERTIFICATE OF SERVICE

      I hereby certify that on March 3, 2021 I filed a true and correct copy of the foregoing **MOTION FOR WITHDRAWAL** with the Clerk of Court using the CM/ECF system, which provided electronic notification of the filing via e-mail to the following counsel of record:

James F. Fosnaught, Esq.
Shoshana Rosenthal, Esq.
201 14th Street, Suite 200
Glenwood Springs, CO 81601
jff@mountainlawfirm.com
sr@mountainlawfirm.com
Attorneys for Defendant Robin Gregory

Joseph Ryan Riegerix
Law Offices of John D. Halepaska
600 17th Street, Suite 2800 S
Denver, CO 80202
joe@halepaskalaw.com
Attorneys for Defendants/Counterclaim Plaintiffs

Bobby Duthie, Esq.
Duthie Savastano Brungard, PLLC
1010 Main Ave.
Durango, CO 81301
bduthie@trialdurango.com
Attorneys for Defendant Park Estates HOA

Evan Bennett Stephenson, Esq.
Spencer Fane LLP
1700 Lincoln, Suite 2000
Denver, CO 80203
estephenson@spencerfane.com
Attorneys for Plaintiff

                                        *s/ Jessica C. Collier*
                                        Jessica C. Collier