IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02722-DDD-KAS

STATE FARM FIRE AND CASUALTY COMPANY,

        Plaintiff and Counterclaim-Defendant,
v.DAVID E. WEBB,

NICHOLAS T. WEBB, TRUSTEE OF
THE SPIRIT MTN. TRUST DATED
APRIL 5, 2007, and NICHOLAS T.
WEBB, INDIVIDUALLY,

        Defendants and Counterclaim-Plaintiffs,

and

PARK ESTATES HOMEOWNERS
ASSOCIATION, INC., and ROBIN GREGORY

        Defendants.

---

## MOTION TO WITHDRAW

---

Steve Roberts of the Law Office of Steve Roberts, LLC, hereby submits his Unopposed Motion to Withdraw, *D.C.COLO.LAttyR 5(b)*, as counsel of Nicholas Webb, Nicholas Webb as trustee of Spirit Mtn. Trust, and David Webb in the above captioned case.

1. This case was originally filed on October 24, 2018.

2. The attorneys of record in this case have stated this Motion is Unopposed.

3. An Entry of Appearance by this firm and this attorney was filed in this case on December 21, 2021.

4. This attorney has represented Nicholas Webb, Nicholas Webb as trustee of Spirit Mtn. Trust, and David Webb for a very short period of this case.

5. A majority of this litigation, discovery, took place before this attorney was involved in this case.

   a. This case was litigated for over 3 years before this attorney entered an appearance.

6. This attorney will not be able to adequately assist Nicholas Webb, Nicholas Webb as trustee of Spirit Mtn. Trust, and David Webb moving forward in this case.

7. Nicholas Webb, Nicholas Webb as trustee of Spirit Mtn. Trust, and David Webb, would be better served by other counsel as this case progresses.

8. This attorney feels Nicholas Webb, Nicholas Webb as trustee of Spirit Mtn. Trust, and David Webb would be prejudiced if this counsel if not allowed to withdraw from this case.

9. This attorney does not believe he should further state reasons this withdraw should be granted, at the risk of prejudicing Nicholas Webb, Nicholas Webb as trustee of Spirit Mtn. Trust, and David Webb.

10. Nicholas Webb, Nicholas Webb as trustee of Spirit Mtn. Trust, and David Webb currently do not have deadline to respond to any discovery or submit a pleading in this case.

11. Contact information this law firm has for Nicholas Webb, Nicholas Webb as trustee of Spirit Mtn. Trust, and David Webb is below.  Email is how this law firm has heard from, Nicholas Webb, Nicholas Webb as trustee of Spirit Mtn. Trust, and David Webb.

Nicholas Webb, Nicholas Webb as trustee of Spirit Mtn. Trust,
nickwebb1986@gmail.com

David Webb
alpinemtndew@yahoo.com
480-915-8927

12. If this Motion is granted, Nicholas Webb, Nicholas Webb as trustee of Spirit Mtn. Trust, and David Webb, will be responsible for complying with all court orders and time limitations established by applicable statutes and rules.

13. Spirit Mtn. Trust is a legal entity and may not appear without counsel admitted to the bar of this court, and that absent prompt appearance of substitute counsel, pleadings and papers may be stricken, and default judgment or other sanctions may be imposed against the entity.

*\*s/ Steve Roberts*
Steve Roberts
Law Office of Steve Roberts, LLC
100 Fillmore St., 5th Floor
Denver, CO  80206
Phone: 720-515-7058
Fax: 303-484-2022
sroberts@coloradorobertslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2023, I filed the foregoing **MOTION TO WITHDRAW** using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| James F. Fosnaught, Esq.<br>Shoshana Rosenthal, Esq.<br>201 14th Street, Suite 200<br>Glenwood Springs, CO  81601<br>jff@mountainlawfirm.com<br>sr@mountainlawfirm.com<br>*Attorneys for Defendant Robin Gregory* | Madoche Jean, Esq.<br>Wilson Elser Moskowitz Edelman & Dicker, LLP<br>1225 17th St., Suite 2750<br>Denver, CO  80202<br>madoche.jean@wilsonelser.com<br>*Attorneys for Plaintiff* |
| Bobby Duthie, Esq.<br>Duthie Savastano Brungard, PLLC<br>1010 Main Ave.<br>Durango, CO  81301<br>bduthie@trialdurango.com<br>*Attorneys for Defendant Park Estates HOA* | Evan Stephenson, Esq.<br>Michael Kaufmann, Esq.<br>Spencer Fane LLP<br>1700 Lincoln Street, Suite 2000 Denver, CO 80203<br>Telephone: 303-839-3800<br>Facsimile: 303-839-3838 Email:<br>estephenson@spencerfane.com<br>mkaufmann@spencerfane.com<br>*Attorneys for Plaintiff* |

| | |
|---|---|
| Nicholas Webb, Nicholas Webb as trustee of Spirit Mtn. Trust, nickwebb1986@gmail.com *Copy Sent via Email*<br><br>David Webb alpinemtndew@yahoo.com 480-915-8927 *Copy Sent Via Email* | |

*s/Steve Roberts*
Steve Roberts
