IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02722-DDD-KAS

STATE FARM FIRE AND CASUALTY COMPANY,

       Plaintiff and Counterclaim-Defendant,
v. DAVID E. WEBB,

NICHOLAS T. WEBB, TRUSTEE OF
THE SPIRIT MTN. TRUST DATED
APRIL 5, 2007, and NICHOLAS T.
WEBB, INDIVIDUALLY,

       Defendants and Counterclaim-Plaintiffs,

and

PARK ESTATES HOMEOWNERS
ASSOCIATION, INC., and ROBIN GREGORY

       Defendants.

## REPLY TO MOTION TO WITHDRAW

Steve Roberts of the Law Office of Steve Roberts, LLC, hereby submits a Reply to Nicholas Webb, Nicholas Webb as trustee of Spirit Mtn. Trust, and David Webb's Response to his Motion to Withdraw:

1. A majority of this case took place before Steve Roberts entered his appearance. This lawyer played a very small role in this case.

2. Steve Roberts was retained by private counsel of Nicholas Webb, Nicholas Webb as trustee of Spirit Mtn. Trust, and David Webb, to assist in this case.

3. No less than 9 days before this Motion to Withdraw was filed, Steve Roberts informed private counsel of Nicholas Webb, Nicholas Webb as trustee of Spirit Mtn. Trust, and David Webb, that he would be unable to further represent Nicholas Webb, Nicholas Webb as trustee of Spirit Mtn. Trust, and David Webb.

4. Steve Roberts/Law Office of Steve Roberts, LLC does not have a fee agreement with Nicholas Webb, Nicholas Webb as trustee of Spirit Mtn. Trust, and David Webb.

1

5. Steve Roberts/Law Office of Steve Roberts, LLC is not seeking a fee from Nicholas Webb, Nicholas Webb as trustee of Spirit Mtn. Trust, and David Webb in this case.

6. Document(s) submitted by Nicholas Webb, Nicholas Webb as trustee of Spirit Mtn. Trust, and David Webb, evidence the irreparable relationship with Steve Roberts.

7. There is not a trial date in this case.

8. There are no deadlines Nicholas Webb, Nicholas Webb as trustee of Spirit Mtn. Trust, and David Webb currently have upcoming in this case.

9. Nicholas Webb, Nicholas Webb as trustee of Spirit Mtn. Trust, and David Webb would not be prejudiced if Steve Roberts is allowed to withdraw.

10. If withdrawal can be accomplished without material adverse effect on the interests of the client, that alone is a permissive basis for withdrawal under Colo. RPC 1.16(b)(1).

11. Counsel cannot articulate the specific reasons for withdrawal without violating the Colorado Rules of Professional Conduct, specifically Colo. RPC 1.6(a) and/or Colo. RPC 1.9(c), which prohibit counsel from revealing information related to the representation. Counsel of record has a permissive basis to withdraw from representation under Colo. RPC 1.16(b), but due to Colo. RPC 1.6(a) and Colo. RPC 1.9(c), counsel cannot state which subsection of that rule is applicable.

12. Therefore, since there is not a material adverse effect on the interests of Nicholas Webb, Nicholas Webb as trustee of Spirit Mtn. Trust, and David Webb, withdraw should be granted.

Dated this 17th day of October, 2023.

*s/ Steve Roberts
Steve Roberts
Law Office of Steve Roberts, LLC
100 Fillmore St., 5th Floor
Denver, CO  80206
Phone: 720-515-7058
Fax: 303-484-2022
sroberts@coloradorobertslaw.com

_____

## CERTIFICATE OF SERVICE

 I hereby certify that on October 17, 2023, I filed the foregoing **REPLY TO MOTION TO WITHDRAW** using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| James F. Fosnaught, Esq.<br>Shoshana Rosenthal, Esq.<br>201 14th Street, Suite 200<br>Glenwood Springs, CO  81601<br>jff@mountainlawfirm.com<br>sr@mountainlawfirm.com<br>*Attorneys for Defendant Robin Gregory* | Madoche Jean, Esq.<br>Wilson Elser Moskowitz Edelman & Dicker, LLP<br>1225 17th St., Suite 2750<br>Denver, CO  80202<br>madoche.jean@wilsonelser.com<br>*Attorneys for Plaintiff* |
| Bobby Duthie, Esq.<br>Duthie Savastano Brungard, PLLC<br>1010 Main Ave.<br>Durango, CO  81301<br>bduthie@trialdurango.com<br>*Attorneys for Defendant Park Estates HOA* | Evan Stephenson, Esq.<br>Michael Kaufmann, Esq.<br>Spencer Fane LLP<br>1700 Lincoln Street, Suite 2000 Denver, CO 80203<br>Telephone: 303-839-3800<br>Facsimile: 303-839-3838 Email:<br>estephenson@spencerfane.com<br>mkaufmann@spencerfane.com<br>*Attorneys for Plaintiff* |
| Nicholas Webb, Nicholas Webb as trustee of Spirit Mtn. Trust,<br>nickwebb1986@gmail.com<br>*Copy Sent via Email*<br><br>David Webb<br>alpinemtndew@yahoo.com<br>480-915-8927<br>*Copy Sent Via Email* | |

        *s/Steve Roberts*  _____
        Steve Roberts

3